UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: FOWLER, JOHN F | § | Case No. 05-49658 |
| FOWLER, TAMMY SUE | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND                , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 03/05/2010 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  01/27/2010            By:  /s/MICHAEL G. BERLAND
                                          Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: FOWLER, JOHN F | § | Case No. 05-49658 |
| FOWLER, TAMMY SUE | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 452,294.74 |
| *and approved disbursements of* | $ 244,403.57 |
| *leaving a balance on hand of* [1] | $ 207,891.17 |

Claims of secured creditors will be paid as follows:

*Claimant*                                             *Proposed Payment*
                            N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | MICHAEL G. BERLAND | $ 10,000.00 | $ 165.31 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*            *Fees*            *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,160.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 117.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | James M. Wilcox DDS | $ 115.20 | $ 115.20 |
| 11 | James M. Wilcox DDS | $ 19.94 | $ 19.94 |
| 3 | Premier Bankcard | $ 451.43 | $ 451.43 |
| 31 | Premier Bankcard | $ 78.14 | $ 78.14 |
| 4 | Midland Credit Management Inc | $ 1,054.44 | $ 1,054.44 |
| 41 | Midland Credit Management Inc | $ 182.51 | $ 182.51 |
| 5 | Capital Recovery One | $ 539.10 | $ 539.10 |
| 51 | Capital Recovery One | $ 93.31 | $ 93.31 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 11,395.53 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 117.3 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 6 | eCast Settlement Corp, assignee of HSBC Bank/HSBC Card Ser | $ 337.14 | $ 337.14 |
| 61 | eCast Settlement Corp, assignee of HSBC Bank//HSBC Card | $ 58.35 | $ 58.35 |
| 7 | eCAST Settlement Corporation assignee of HSBC Bank/HSBC Card | $ 300.13 | $ 300.13 |
| 71 | eCAST Settlement Corporation assignee of HSBC Bank/HSBC Card | $ 51.95 | $ 51.95 |
| 8 | HSBC Auto Finance | $ 10,758.26 | $ 10,758.26 |
| 81 | HSBC Auto Finance | $ 1,862.10 | $ 1,862.10 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 181,823.86.

**UST Form 101-7-NFR (9/1/2009)**

                Certificate of Service   Page 5 of 7

                Certificate of Service   Page 5 of 7

Prepared By: /s/MICHAEL G. BERLAND
                           Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: rgreen                 Page 1 of 2                   Date Rcvd: Jan 28, 2010
Case: 05-49658                 Form ID: pdf006              Total Noticed: 55

The following entities were noticed by first class mail on Jan 30, 2010.
db          +John F Fowler,    5213 Riviera Blvd.,    Plainfield, IL 60586-7597
jdb         +Tammy Sue Fowler,    5213 Riviera Blvd.,    Plainfield, IL 60586-7597
aty         +Horwitz Horwitz & Associates,    Horwitz Horwitz & Associates,    180 N Lasalle Street Suite 1025,
              Chicago, IL 60601-2501
aty         +Timothy A. Clark,    Krockey, Cernugel, Cowgill Clark & Pyles,    3100 Theodore Street,   #101,
              Joliet, IL 60435-8562
tr          +Michael G Berland,    1 N LaSalle St,    No.1775,    Chicago, IL 60602-4065
10116731    +ACA Recovery,    38 East Ridgewood, #395,    Ridgewood, NJ 07450-3808
10116732    +Alarm One,    Anderson Crenshaw & Assoc.,    12801 N. Central Expy., #250,    Dallas, TX 75243-1704
10116733    +Allied Interstate,    P.O. Box 361315,    Columbus, OH 43236-1315
10116734    +Blatt, Hasenmiller,,   Leibsker & Moore, LLC,    125 S. Wacker Dr., #400,    Chicago, IL 60606-4440
10116735    +Capital One,    P.O. BOX 85015,    Richmond, VA 23285-5015
10116736    +Check into Cash,    P.O. Box 550,    Cleveland, OH 37364-0550
10116737    +Collection Co. of America,    700 Longwater Drive,    Norwell, MA 02061-1796
10116738    +Collection Professionals Inc,    1256 West Jefferson Street,    Suite 200,    Joliet, IL 60435-6889
10116739    +Country Door,    1112 7th Avenue,    Monroe , WI 53566-1364
10116740    +Credit Collection Services,    Two Wells Avenue,    Newton, MA 02459-3246
10116741    +Credit Protection Assoc.,    13555 Noel Rd,    Dallas , TX 75240-5005
10116742    +Creditors Discount and Audit,    P.O. Box 213,    Streator, IL 61364-0213
10116743    +Fashion Bug,    Thomas J. Russell,    20 S. Olive Street,    Media, PA 19063-3228
10116744    +First Investors Financial,    380 Interstate North Parkway,    Atlanta, GA 30339-2222
10116745    +First National Bank of Marin,    P.O. Box 98873,    Las Vegas, NV 89193-8873
10116746    +First Premier Bank,    900 West Delaware Street,    Sioux Falls, SD 57104-0337
10558992    +HSBC Auto Finance,    POB 17906,    San Diego, CA 92177-7906
12552958    +HSBC Auto Finance,    POB 60130,    City of Industry, CA 91716-0130
10116751     HSBC Auto Finance Department,    c/o Ecast Settlement Corporation,
              HSBC Card Services II POB 35480,    Newark, NJ 07193-5480
10116749    +Household Bank,    P.O. BOX 81622,    Salinas, CA 93912-1622
10116750     Household Credit Services,    P.O. Box 98706,    Las Vegas , NV  89193
10551498    +James M. Wilcox DDS,    c/o Law Office of John A. Reed Ltd.,    63 W Jefferson Street # 200,
              Joliet  IL 60432-4337
10116753    +KCA Financial Services,    628 North Street,    Geneva, IL 60134-1356
10116754    +Law Ofc of John Reed,    63 West Jefferson Street,    Suite 200,    Joliet, IL 60432-4335
10116755    +Mages and Price,    102 Wilmot Rd.,    Deerfield , IL 60015-5104
10116757    +Medical Recovery Specialists,    2200 East Devon Ave., #288,    Des Plaines, IL 60018-4501
10116758    +Merchant’s Credit Guide,    223 W.Jackson Blvd.,    Chicago, IL 60606-6993
10116759    +Midland Credit Management,    P.O. Box 939019,    San Diego, CA 92193-9019
10631337    +Midland Credit Management Inc,    8875 Aero Driver,    San Diego, California 92123-2251
10116760    +Millenium Credit Consultants,    P.O. Box 18160,    West St. Paul, MN 55118-0160
10116762    +NCO Financial Systems,    521 Butler Farm Rd.,    Hampton, VA 23666-1569
10116761     National Quik Cash,    1421 West Jefferson Street,    Joliet, IL  60435
10116763    +Omnium Worldwide Inc.,    7171 Mercy Rd,    Omaha, NE 68106-2620
10116764    +Pinion Managment North,    2730 San Pedro NE, Ste H,    Albuquerque, NM 87110-3365
10116765    +Preferred Credit / Kirby,    3501 Second Street South, #200,    Saint Cloud, MN 56301
10600715    +Premier Bankcard,    POB 2208,    Vacaville, CA 95696-8208
10116766    +Professional Acct. Mgmt. Inc.,    2040 W. Wisconsin Ave.,    Milwaukee, WI 53233-2098
10116767    +Progressive Management Systems,    1521 West Cameron Ave,    West Covina, CA 91790-2738
10116768    +Provena Saint Joseph Medical,    333 N. Madison Street,    Joliet, IL 60435-8233
10116769    +Seattle Service Bureau,    18820 Aurora Ave. N. #205,    Shoreline , WA 98133-3900
10116770    +Spirit of America Nat’l Bank,    1103 Allen Drive,    Milford, OH 45150-8763
10116771    +Timothy A. Clark,    3100 Theodore Street,    Suite 101,    Joliet, IL 60435-8562
10116773    +Village of Romeoville,    13 Montrose Blvd,    Romeoville, IL 60446-1390
10986779     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
              POB 35480,    Newark NJ 07193-5480
10116752     eCast Settlement Corp,    HSBC Bank Nevada NA/HSBC Card Svcs III,    POB 35480,
              Newark, NJ  07193-5480
The following entities were noticed by electronic transmission on Jan 28, 2010.
12407659    +E-mail/PDF: rmscedi@recoverycorp.com Jan 29 2010 00:19:07     Capital Recovery One,
              25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10116756    +E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2010 00:19:06     MCCBG/Sam’s Club,   P.O. BOX 981064,
              El Paso, TX 79998-1064
12390480     E-mail/PDF: rmscedi@recoverycorp.com Jan 29 2010 00:19:07
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
10631905    +E-mail/PDF: rmscedi@recoverycorp.com Jan 29 2010 00:19:06
              Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM’S CLUB,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
10116772    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jan 29 2010 00:14:00     Verizon,
              P.O. Box 790406,    St. Louis, MO 63179-0406
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10116747*    +John F. Fowler,    5213 Riviera Blvd.,    Plainfield, IL 60586-7597
10116748*    +Tammy Sue Fowler,    5213 Riviera Blvd.,    Plainfield, IL 60586-7597
                                                                                              TOTALS: 0, * 2

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: rgreen              Page 2 of 2               Date Rcvd: Jan 28, 2010
Case: 05-49658                Form ID: pdf006           Total Noticed: 55
```

      ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 30, 2010**                              **Signature:** *Joseph Speetjens*