**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: FOWLER, JOHN F | § Case No. 05-49658 |
| FOWLER, TAMMY SUE | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $3,450.00 |
| Total Distribution to Claimants: $31,700.33 | Claims Discharged Without Payment: $15,122.61 |
| Total Expenses of Administration: $230,522.98 | |

3) Total gross receipts of $ 452,311.68 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 190,088.37 (see **Exhibit 2**), yielded net receipts of $262,223.31 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $894.00 | $16,545.90 | $16,545.90 | $16,545.90 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 246,012.72 | 230,522.98 | 230,522.98 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (fromExhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 35,891.78 | 33,034.67 | 15,902.00 | 15,154.43 |
| TOTAL DISBURSEMENTS | $36,785.78 | $295,593.29 | $262,970.88 | $262,223.31 |

4) This case was originally filed under Chapter 7 on October 12, 2005.
. The case was pending for 61 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/01/2010     By: /s/MICHAEL G. BERLAND
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury-unscheduled | 1242-000 | 452,250.55 |
| Interest Income | 1270-000 | 61.13 |
| **TOTAL GROSS RECEIPTS** | | **$452,311.68** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Tammy Fowler | Payment of exemption per court order | 8100-002 | 7,500.00 |
| FOWLER, JOHN F & TAMMY | Dividend paid 100.00% on $181,840.80; Claim# SURPLUS; Filed: $181,840.80; Reference: | 8200-000 | 181,840.80 |
| Clerk Of Bankruptcy Court | Payment of unclaimed funds to Clerk Of Bankruptcy Court | 8500-002 | 747.57 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$190,088.37** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| First Investors Financial | 4110-000 | 894.00 | N/A | N/A | 0.00 |
| First Recovery Group | 4210-000 | N/A | 900.00 | 900.00 | 900.00 |
| Humana Insurance | 4210-000 | N/A | 10,301.95 | 10,301.95 | 10,301.95 |
| Aetna Health Plans | 4210-000 | N/A | 5,343.95 | 5,343.95 | 5,343.95 |
| **TOTAL SECURED CLAIMS** | | **$894.00** | **$16,545.90** | **$16,545.90** | **$16,545.90** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 25,489.74 | 10,000.00 | 10,000.00 |
| MICHAEL G. BERLAND | 2200-000 | N/A | 165.31 | 165.31 | 165.31 |
| Horowitz, Horowitz & Associates ltd | 3210-600 | N/A | 150,750.48 | 150,750.48 | 150,750.48 |
| Horowitz, Horowitz & Associates | 3220-610 | N/A | 69,607.19 | 69,607.19 | 69,607.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 246,012.72 | 230,522.98 | 230,522.98 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| James M. Wilcox DDS | 7100-000 | N/A | 115.20 | 115.20 | 115.20 |
| James M. Wilcox DDS | 7990-000 | N/A | 19.94 | 19.94 | 19.94 |
| HSBC Auto Finance | 7100-000 | 16,365.00 | 17,132.67 | 0.00 | 0.00 |
| Premier Bankcard | 7100-000 | 451.00 | 451.43 | 451.43 | 451.43 |
| Premier Bankcard | 7990-000 | N/A | 78.14 | 78.14 | 78.14 |
| Midland Credit Management Inc | 7100-000 | 3,217.95 | 1,054.44 | 1,054.44 | 1,054.44 |
| Midland Credit Management Inc | 7990-000 | N/A | 182.51 | 182.51 | 182.51 |
| Capital Recovery One | 7100-000 | 540.00 | 539.10 | 539.10 | 539.10 |
| Capital Recovery One | 7990-000 | unknown | 93.31 | 93.31 | 93.31 |
| eCast Settlement Corp, assignee of HSBC Bank/HSBC | 7200-000 | 642.79 | 337.14 | 337.14 | 0.00 |
| eCast Settlement Corp, assignee of HSBC Bank//HSBC | 7990-000 | N/A | 58.35 | 58.35 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| Creditor | Code | | | | |
|---|---|---:|---:|---:|---:|
| eCAST Settlement Corporation assignee of HSBC Bank/HSBC | 7200-000 | 300.00 | 300.13 | 300.13 | 0.00 |
| eCAST Settlement Corporation assignee of HSBC Bank/HSBC | 7990-000 | N/A | 51.95 | 51.95 | 0.00 |
| HSBC Auto Finance | 7200-000 | N/A | 10,758.26 | 10,758.26 | 10,758.26 |
| HSBC Auto Finance | 7990-000 | N/A | 1,862.10 | 1,862.10 | 1,862.10 |
| Merchant's Credit Guide | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| Merchant's Credit Guide | 7100-000 | 144.00 | N/A | N/A | 0.00 |
| Merchant's Credit Guide | 7100-000 | 93.00 | N/A | N/A | 0.00 |
| Merchant's Credit Guide | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| Merchant's Credit Guide | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| Merchant's Credit Guide | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| Law Ofc of John Reed | 7100-000 | 115.20 | N/A | N/A | 0.00 |
| KCA Financial Services | 7100-000 | 69.00 | N/A | N/A | 0.00 |
| MCCBG/Sam's Club | 7100-000 | 473.99 | N/A | N/A | 0.00 |
| Mages and Price | 7100-000 | 138.00 | N/A | N/A | 0.00 |
| Merchant's Credit Guide | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| Medical Recovery Specialists | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| Merchant's Credit Guide | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| Merchant's Credit Guide | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| Seattle Service Bureau | 7100-000 | 1,704.00 | N/A | N/A | 0.00 |
| Provena Saint Joseph Medical | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| Verizon | 7100-000 | 413.00 | N/A | N/A | 0.00 |
| Spirit of America Nat'l Bank | 7100-000 | 1,123.00 | N/A | N/A | 0.00 |
| Provena Saint Joseph Medical | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| Village of Romeoville | 7100-000 | 129.38 | N/A | N/A | 0.00 |
| Preferred Credit / Kirby | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| Professional Acct. Mgmt. Inc. | 7100-000 | 230.00 | N/A | N/A | 0.00 |
| Merchant's Credit Guide | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| Merchant's Credit Guide | 7100-000 | 174.00 | N/A | N/A | 0.00 |
| Omnium Worldwide Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| National Quik Cash | 7100-000 | 155.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| HSBC NV | 7100-000 | 762.00 | N/A | N/A | 0.00 |
| Pinion Managment North | 7100-000 | 690.00 | N/A | N/A | 0.00 |
| Fashion Bug Thomas J. Russell | 7100-000 | 1,171.21 | N/A | N/A | 0.00 |
| Allied Interstate | 7100-000 | 104.08 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 549.84 | N/A | N/A | 0.00 |
| ACA Recovery | 7100-000 | 183.96 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 1,352.00 | N/A | N/A | 0.00 |
| Household Bank | 7100-000 | 980.00 | N/A | N/A | 0.00 |
| Creditors Discount and Audit | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| Collection Co. of America | 7100-000 | 52.00 | N/A | N/A | 0.00 |
| First National Bank of Marin | 7100-000 | 566.85 | N/A | N/A | 0.00 |
| Credit Protection Assoc. | 7100-000 | 256.00 | N/A | N/A | 0.00 |
| Collection Professionals Inc | 7100-000 | 432.37 | N/A | N/A | 0.00 |
| Country Door | 7100-000 | 105.00 | N/A | N/A | 0.00 |
| Credit Collection Services Two Wells Avenue | 7100-000 | 508.16 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 35,891.78 | 33,034.67 | 15,902.00 | 15,154.43 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 05-49658 | Trustee: | (520196) | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- |
| Case Name: | FOWLER, JOHN F | Filed (f) or Converted (c): | 10/12/05 (f) | |
| | FOWLER, TAMMY SUE | §341(a) Meeting Date: | 12/12/05 | |
| Period Ending: 11/01/10 | | Claims Bar Date: | 03/27/06 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Mid-America account | 500.00 | 0.00 | | 0.00 | FA |
| 2 | Appliances & furniture-scheduled | 750.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 5 | 1996 Chevy Lumina-scheduled | 1,200.00 | 0.00 | | 0.00 | FA |
| 6 | 2000 Ford Explorer-scheduled | 10,000.00 | 0.00 | | 0.00 | FA |
| 7 | Personal injury-unscheduled (u) | 0.00 | 452,250.55 | | 452,250.55 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 61.13 | Unknown |
| 8 | Assets Totals (Excluding unknown values) | $13,450.00 | $452,250.55 | | $452,311.68 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee settled the personal injury case. The Trustee will file his fina report in 2010.

**Initial Projected Date Of Final Report (TFR):**   April 30, 2010          **Current Projected Date Of Final Report (TFR):**   April 30, 2010

Printed: 11/01/2010 03:37 PM    V.12.52

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-49658 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | FOWLER, JOHN F | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | FOWLER, TAMMY SUE | | Account: | \*\*\*-\*\*\*\*\*52-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*\*5339 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/01/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/14/09 | {7} | Markel Wouthwest Underwriters | Payment of jury verdict | 1242-000 | 452,250.55 | | 452,250.55 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 9.22 | | 452,259.77 |
| 10/27/09 | 1001 | Horowitz, Horowitz & Associates ltd | Payment of special counsel fee per court roder | 3210-600 | | 150,750.48 | 301,509.29 |
| 10/27/09 | 1002 | Horowitz, Horowitz & Associates | Payment of special counsel expenses per court order | 3220-610 | | 69,607.19 | 231,902.10 |
| 10/27/09 | 1003 | Tammy Fowler | Payment of exemption per court order | 8100-002 | | 7,500.00 | 224,402.10 |
| 10/28/09 | | To Account #\*\*\*\*\*\*\*\*5266 | Transfer for purpose of paying liens | 9999-000 | | 16,545.90 | 207,856.20 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 17.45 | | 207,873.65 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 8.76 | | 207,882.41 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 8.76 | | 207,891.17 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 8.19 | | 207,899.36 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.91 | | 207,907.27 |
| 03/02/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.84 | | 207,908.11 |
| 03/02/10 | | To Account #\*\*\*\*\*\*\*\*5266 | Transfer for purpose of final distribution | 9999-000 | | 207,908.11 | 0.00 |

| | ACCOUNT TOTALS | 452,311.68 | 452,311.68 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 0.00 | 224,454.01 | |
| | Subtotal | 452,311.68 | 227,857.67 | |
| | Less: Payments to Debtors | | 7,500.00 | |
| | NET Receipts / Disbursements | $452,311.68 | $220,357.67 | |

{} Asset reference(s)    Printed: 11/01/2010 03:37 PM    V.12.52

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-49658 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | FOWLER, JOHN F | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | FOWLER, TAMMY SUE | | Account: | ****-*****52-66 - Checking Account |
| Taxpayer ID #: | **-***5339 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/01/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/28/09 | | From Account #*********5265 | Transfer for purpose of paying liens | 9999-000 | 16,545.90 | | 16,545.90 |
| 11/03/09 | 101 | First Recovery Group | Payment of lien per court order | 4210-000 | | 900.00 | 15,645.90 |
| 11/03/09 | 102 | Humana Insurance | Payment of lien per court order | 4210-000 | | 10,301.95 | 5,343.95 |
| 11/03/09 | 103 | Aetna Health Plans | Payment of lien per court order | 4210-000 | | 5,343.95 | 0.00 |
| 03/02/10 | | From Account #*********5265 | Transfer for purpose of final distribution | 9999-000 | 207,908.11 | | 207,908.11 |
| 03/08/10 | 104 | MICHAEL G. BERLAND | Dividend paid 100.00% on $10,000.00, Trustee Compensation; Reference: | 2100-000 | | 10,000.00 | 197,908.11 |
| 03/08/10 | 105 | MICHAEL G. BERLAND | Dividend paid 100.00% on $165.31, Trustee Expenses; Reference: | 2200-000 | | 165.31 | 197,742.80 |
| 03/08/10 | 106 | James M. Wilcox DDS | Dividend paid 100.00% on $115.20; Claim# 1; Filed: $115.20; Reference: | 7100-000 | | 115.20 | 197,627.60 |
| 03/08/10 | 107 | Premier Bankcard | Dividend paid 100.00% on $451.43; Claim# 3; Filed: $451.43; Reference: | 7100-000 | | 451.43 | 197,176.17 |
| 03/08/10 | 108 | Midland Credit Management Inc | Dividend paid 100.00% on $1,054.44; Claim# 4; Filed: $1,054.44; Reference: | 7100-000 | | 1,054.44 | 196,121.73 |
| 03/08/10 | 109 | Capital Recovery One | Dividend paid 100.00% on $539.10; Claim# 5; Filed: $539.10; Reference: | 7100-000 | | 539.10 | 195,582.63 |
| 03/08/10 | 110 | eCast Settlement Corp, assignee of HSBC Bank/HSBC Card Ser | Dividend paid 100.00% on $337.14; Claim# 6; Filed: $337.14; Reference: Stopped on 06/15/10 | 7200-000 | | 337.14 | 195,245.49 |
| 03/08/10 | 111 | eCAST Settlement Corporation assignee of HSBC Bank/HSBC Card | Dividend paid 100.00% on $300.13; Claim# 7; Filed: $300.13; Reference: Stopped on 06/15/10 | 7200-000 | | 300.13 | 194,945.36 |
| 03/08/10 | 112 | HSBC Auto Finance | Dividend paid 100.00% on $10,758.26; Claim# 8; Filed: $10,758.26; Reference: | 7200-000 | | 10,758.26 | 184,187.10 |
| 03/08/10 | 113 | James M. Wilcox DDS | Dividend paid 100.00% on $19.94; Claim# 1I; Filed: $19.94; Reference: | 7990-000 | | 19.94 | 184,167.16 |
| 03/08/10 | 114 | Premier Bankcard | Dividend paid 100.00% on $78.14; Claim# 3I; Filed: $78.14; Reference: | 7990-000 | | 78.14 | 184,089.02 |
| 03/08/10 | 115 | Midland Credit Management Inc | Dividend paid 100.00% on $182.51; Claim# 4I; Filed: $182.51; Reference: | 7990-000 | | 182.51 | 183,906.51 |
| 03/08/10 | 116 | Capital Recovery One | Dividend paid 100.00% on $93.31; Claim# 5I; Filed: $93.31; Reference: | 7990-000 | | 93.31 | 183,813.20 |
| 03/08/10 | 117 | eCast Settlement Corp, assignee of HSBC Bank/HSBC Card | Dividend paid 100.00% on $58.35; Claim# 6I; Filed: $58.35; Reference: Stopped on 06/15/10 | 7990-000 | | 58.35 | 183,754.85 |
| 03/08/10 | 118 | eCAST Settlement Corporation assignee of HSBC Bank/HSBC Card | Dividend paid 100.00% on $51.95; Claim# 7I; Filed: $51.95; Reference: Stopped on 06/15/10 | 7990-000 | | 51.95 | 183,702.90 |
| | | | Subtotals : | | $224,454.01 | $40,751.11 | |

{} Asset reference(s)

Printed: 11/01/2010 03:37 PM   V.12.52

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-49658 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | FOWLER, JOHN F | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | FOWLER, TAMMY SUE | | Account: | ***-*****52-66 - Checking Account |
| Taxpayer ID #: | **-***5339 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/01/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>(Ref #) /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/08/10 | 119 | HSBC Auto Finance | Dividend paid 100.00% on $1,862.10; Claim# 8I; Filed: $1,862.10; Reference: | 7990-000 | | 1,862.10 | 181,840.80 |
| 03/08/10 | 120 | FOWLER, JOHN F & TAMMY | Dividend paid 100.00% on $181,840.80; Claim# SURPLUS; Filed: $181,840.80; Reference: | 8200-000 | | 181,840.80 | 0.00 |
| 06/15/10 | 110 | eCast Settlement Corp, assignee of HSBC Bank/HSBC Card Ser | Dividend paid 100.00% on $337.14; Claim# 6; Filed: $337.14; Reference:<br>Stopped: check issued on 03/08/10 | 7200-000 | | -337.14 | 337.14 |
| 06/15/10 | 111 | eCAST Settlement Corporation assignee of HSBC Bank/HSBC Card | Dividend paid 100.00% on $300.13; Claim# 7; Filed: $300.13; Reference:<br>Stopped: check issued on 03/08/10 | 7200-000 | | -300.13 | 637.27 |
| 06/15/10 | 117 | eCast Settlement Corp, assignee of HSBC Bank//HSBC Card | Dividend paid 100.00% on $58.35; Claim# 6I; Filed: $58.35; Reference:<br>Stopped: check issued on 03/08/10 | 7990-000 | | -58.35 | 695.62 |
| 06/15/10 | 118 | eCAST Settlement Corporation assignee of HSBC Bank/HSBC Card | Dividend paid 100.00% on $51.95; Claim# 7I; Filed: $51.95; Reference:<br>Stopped: check issued on 03/08/10 | 7990-000 | | -51.95 | 747.57 |
| 06/18/10 | | Wire out to BNYM account 9200******5266 | Wire out to BNYM account 9200******5266 | 9999-000 | -747.57 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 223,706.44 | 223,706.44 | $0.00 |
| Less: Bank Transfers | 223,706.44 | 0.00 | |
| Subtotal | 0.00 | 223,706.44 | |
| Less: Payments to Debtors | | 181,840.80 | |
| NET Receipts / Disbursements | $0.00 | $41,865.64 | |

() Asset reference(s)

Printed: 11/01/2010 03:37 PM V.12.52

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 05-49658 | Trustee: MICHAEL G. BERLAND (520196) |
| Case Name: FOWLER, JOHN F | Bank Name: The Bank of New York Mellon |
| FOWLER, TAMMY SUE | Account: 9200-******52-65 - Money Market Account |
| Taxpayer ID #: **-***5339 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 11/01/10 | Separate Bond: N/A |

| 1 Trans. Date | 2 (Ref #) / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 11/01/2010 03:37 PM   V.12.52

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 05-49658 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | FOWLER, JOHN F | | Bank Name: | The Bank of New York Mellon |
| | FOWLER, TAMMY SUE | | Account: | 9200-******52-66 - Checking Account |
| Taxpayer ID #: | **-***5339 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/01/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/18/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5266 | Wire in from JPMorgan Chase Bank, N.A. account ********5266 | 9999-000 | 747.57 | | 747.57 |
| 09/07/10 | 10121 | Clerk Of Bankruptcy Court | Payment of unclaimed funds to Clerk Of Bankruptcy Court | 8500-002 | | 747.57 | 0.00 |

| | ACCOUNT TOTALS | 747.57 | 747.57 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 747.57 | 0.00 | |
| | Subtotal | 0.00 | 747.57 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $0.00 | $747.57 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****52-65 | 452,311.68 | 220,357.67 | 0.00 |
| Checking # ***-*****52-66 | 0.00 | 41,865.64 | 0.00 |
| MMA # 9200-******52-65 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******52-66 | 0.00 | 747.57 | 0.00 |
| | $452,311.68 | $262,970.88 | $0.00 |

{} Asset reference(s)

Printed: 11/01/2010 03:37 PM   V.12.52

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                              )
                                    )
JOHN FOWLER                         ) No. 05 B 49658
TAMMY SUE FOWLER    Debtors.        ) Chapter 7
                                    ) Honorable BRUCE W. BLACK
                                    ) (JOLIET)

TRUSTEE'S REPORT OF UNCLAIMED PROPERTY

Michael G. Berland, Trustee, ("Trustee") pursuant to 11 U.S.C. Section 347 of the Bankruptcy Code and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. The debtors filed a Chapter 7 petition. The Trustee was subsequently appointed, qualified, and continues to serve as Trustee in this case.

2. On March 8, 2010, the Trustee sent distribution checks via United States Mail to the creditors entitled to receive same under the Distribution Report filed by the United States Trustees Office with the Clerk of the Bankruptcy Court.

3. The following creditor failed to cash its checks: eCast Settlement for $300.13 and $51.95 and $337.14 and $58.35  The Trustee will deposit said sums with the Clerk of The Bankruptcy Court

Respectfully Submitted
John & Tammy Fowler, debtors

By:/s/ Michael G. Berland, trustee

Michael G. Berland
1 N. LaSalle Street
Suite 1775
Chicago, Illinois 60602
312-855-1272

**UNCLAIMED FUNDS**

| | |
|---|---|
| eCast Settlement for<br>assignee of HSBC Bank<br>POB 35480<br>Newark, New Jersey 07193 | $300.13 and $51.95<br>and $337.14 and $58.35 |